```
              IN THE UNITED STATES DISTRICT COURT
               FOR THE SOUTHERN DISTRICT OF OHIO
                         EASTERN DIVISION
```

**UNITED STATES OF AMERICA**

   vs.     :   No. 2:11-mj-416
              MAGISTRATE JUDGE KEMP

**LOYD HENRY VALE, JR.**

<u>ORDER</u>

  The United States moves this Court to dismiss the complaint as to Loyd Henry Vale, Jr.

  For good cause shown, the Motion to Dismiss the complaint as to Loyd Henry Vale, Jr. (Doc. #13) is **GRANTED.**

  **IT IS SO ORDERED.**

                */s/ Terence P. Kemp*
                TERENCE P. KEMP
                UNITED STATES MAGISTRATE JUDGE


<u>July 6, 2011</u>
DATE